UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENDA SHREE SYMONS,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendants. | Case No. 2:11-CV-00409-EJL-REB<br><br>**JUDGMENT** |

Based upon the Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

DATED:  **September 17, 2012**

*[signature]*

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**